In the Matter of 116 EAST 57TH STREET, INC., Appellant.

Submitted April 25, 1955; decided June 10, 1955.

*116 East 57th Street, Inc.,* by Carlyle Finkelstein, its president and director, appellant, in person.

*Jacob K. Javits, Attorney-General (Ruth Kessler Toch* and *Henry S. Manley* of counsel), in his statutory capacity under section 71 of the Executive Law.

*George R. Adams, Abraham N. Davis* and *Isidor Enselman* for New York County Lawyers' Association, *amicus curiæ*, in support of the Attorney-General's position.

Appeal dismissed, with costs, upon the ground that an ex parte order does not finally determine a proceeding within the meaning of the Constitution.